STATE OF NEW JERSEY v. ANANIAS A. PLANA.

January 13, 1986.

Petition for certification is granted, the judgment of the Appellate Division is summarily reversed, and the matter is

remanded to the trial court for resentencing in the light of *State v. Kovack*, 91 *N.J.* 476 (1982).